57 So.2d 642

**J. B. STOVALL v. STATE.**

7 Div. 166.

Court of Appeals of Alabama.

Jan. 22, 1952.

Rehearing Denied Feb. 19, 1952.

Merrill, Merrill & Vardaman, Anniston, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

Petition for certiorari stricken by Supreme Court in Stovall v. State, 257 Ala. 124, 57 So.2d 642.

---

57 So.2d 555

**John W. BRAY v. STATE.**

7 Div. 179.

Court of Appeals of Alabama.

Jan. 22, 1952.

Rehearing Denied Feb. 19, 1952.

Merrill, Merrill & Vardaman, Anniston, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

Petition for certiorari stricken by Supreme Court in Bray v. State, 257 Ala. 111, 57 So.2d 555.